IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:24-cv-00357 |
| HARMONY HOSPITALITY LLC, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Plaintiff U.S. Equal Employment Opportunity Commission hereby notifies the Court and all counsel that Bryan A. Grayson is entering his appearance as additional counsel for Plaintiff.

DATED: October 11, 2024.

Respectfully submitted,

/s/ **Bryan Grayson**
Bryan A. Grayson
Supervisory Trial Attorney
AL Bar No. ASB-8944-N65G

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Birmingham District Office
Ridge Park
1130 22nd Street South, Suite 2000
Birmingham, AL 35205
205-651-7073
bryan.grayson@eeoc.gov

2

## CERTIFICATE OF SERVICE

     I hereby certify that on October 11, 2024, I filed the foregoing Notice of Appearance of Counsel with the Clerk of the Court using the CM/ECF system, which will electronically send notification of the filing to all attorneys of record.

                                         /s/ **_Bryan Grayson_**
                                         Bryan A. Grayson

2