IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT ) | | |
| OPPORTUNITY COMMISSION ) | | |
| ) | | |
| Plaintiff, ) | | CIVIL ACTION NO. |
| ) | | 1:24-cv-357 |
| ) | | |
| v. ) | | |
| ) | | |
| ) | | |
| ) | | |
| HARMONY HOSPITALITY, LLC ) | | |
| ) | | |
| Defendant. ) | | |

**JOINT REPORT OF RULE 26(F) PLANNING MEETING**

1. <u>Participants</u>: The following persons participated by telephone in a Federal Rule of Civil Procedure 26(f) conference on October 11, 2024.

   A. Jay Kucia and Trent Thompson, representing the Plaintiff.

   B. Jeremy Hazelton, representing the Defendant.

2. <u>Initial Disclosures</u>: The parties will complete by the initial disclosures required by Rule 26(a)(1) by November 15, 2024.

3. <u>Discovery Plan</u>. The parties propose this discovery plan:

   A. Discovery will be needed on these subjects:

   i. Plaintiff anticipates seeking discovery of information related to Plaintiff's claim under Title VII of the Civil Rights Act of 1964 and Defendants' affirmative defenses. Specifically, Plaintiff will seek discovery regarding Defendant's employment of D.A, Defendant's personnel practices, and Defendant's financial resources.

    ii. Defendant anticipates seeking discovery of information related to the bases for Plaintiff's claim under Title VII of the Civil Rights Act of 1964. Specifically, Defendant will seek discovery regarding its affirmative defenses, D.A.'s alleged claims, and D.A.'s alleged damages.

B. Discovery Period:

    i. The parties agree that discovery shall commence on October 16, 2024, and that the parties shall substantially complete written discovery and document productions 30 days before the close of discovery.

    ii. The parties agree that discovery shall close on July 26, 2025.

    iii. <u>Interrogatories:</u> Plaintiff may serve a total of 25 interrogatories to be answered by Defendant, and Defendant may serve a total of 25 interrogatories to be answered by Plaintiff.

    iv. <u>Requests for Admission:</u> Plaintiff may serve a total of 25 requests for admission on Defendant, and Defendant may serve a total of 25 requests for admission on Plaintiff.

    v. <u>Depositions:</u> Plaintiff may take a total of 10 depositions, and Defendant may take a total of 10 depositions.

    vi. <u>Expert witnesses:</u> Plaintiff shall disclose all information required by Rule 26(a)(2) on or before April 25, 2025. Defendant shall disclose all information required by Rule 26(a)(2) on or before May 30, 2025.

    vii. <u>Supplementation under Rule 26(e):</u> The parties shall supplement their discovery responses, as necessary, at least 30 days before the close of discovery.

4. <u>Other Items</u>:

   A. <u>Pretrial conference:</u> The parties request a pretrial conference in January 2026.

   B. <u>Final dates for the plaintiff to amend pleadings or to join parties:</u> November 29, 2024.

   C. <u>Final dates for the defendant to amend pleadings or to join parties:</u> December 27, 2024.

   D. <u>Final dates to file dispositive motions or motions challenging the admissibility of any opinions proffered by an expert witness:</u> 30 days after the close of discovery.

   E. <u>Prospects for settlement:</u> The parties have had initial discussions about settlement and plan to continue those discussions. The parties would be agreeable to mediation by a United States Magistrate Judge.

   F. <u>Final dates for submitting Rule 26(a)(3) witness lists, designations of witnesses whose testimony will be presented by deposition, and exhibit lists:</u> December 15, 2025.

   G. <u>Final dates to file objections under Rule 26(a)(3):</u> December 22, 2025.

   H. <u>Suggested trial date and estimate of trial length:</u> The parties agree that the trial is estimated to last 4-5 days. The parties propose setting the trial for February 2026.

   I. <u>Privilege:</u> The parties agree that they need not itemize on a privilege log any claim of privilege or work-product protection that arises out of a document created or received by a licensed attorney on or after April 18, 2022, the date Defendant submitted its position statement to Plaintiff related to Plaintiff's pre-litigation statutory investigation.

   J. <u>Electronically stored information ("ESI"):</u> The parties have agreed to the ESI protocol attached to this report.

   K. <u>Non-party subpoenas:</u> Any party desiring to serve a subpoena on a non-party shall provide notice to all other parties of their intent to do so at least 5 days prior.

Respectfully submitted on October 15, 2024,

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>Birmingham District Office<br>Ridge Park Place, Suite 2000<br>1130 22nd Street South<br>Birmingham, Alabama  35205 | Marsha L. Rucker<br>PA Bar No. 90041<br>Regional Attorney<br>marsha.rucker@eeoc.gov<br>(205) 651-7045<br><br>Bryan A. Grayson<br>AL Bar No. ASB-8944-N65G<br>Supervisory Trial Attorney<br>bryan.grayson@eeoc.gov<br>(205) 651-7073 |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>Mobile Area Office<br>63 South Royal Street, Suite 504<br>Mobile, Alabama 36602 | William Trent Thompson<br>NY Bar No. 5232525<br>Trial Attorney<br>(205) 651-7065<br>william.thompson@eeoc.gov |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>Jackson Area Office<br>Dr. A.H. McCoy Federal Building<br>100 W. Capitol St., Suite 338<br>Jackson, MS  39269 | */s/ Jay Kucia*<br>Jay Kucia<br>MS Bar No. 106123<br>Trial Attorney<br>gerald.kucia@eeoc.gov<br>(205) 651-7081 |
| CHRISTIAN & SMALL LLP<br>505 20th Street North, Suite 1800<br>Birmingham, Alabama 35203 | */s/ Jeremy S. Hazelton*<br>Jeremy S. Hazelton<br>jshazelton@csattorneys.com |

**C**ERTIFICATE OF **S**ERVICE

  I hereby certify a copy of the foregoing was filed electronically on October 15, 2024. Notice of this filing will be sent by operation of the Court's electronic filing systems to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

*/s/ Jay Kucia*
Jay Kucia
