IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | CIVIL ACTION NO.<br>1:24-cv-357 |
| v. | ) <br> ) <br> ) <br> ) <br> ) | |
| HARMONY HOSPITALITY, LLC | ) <br> ) | |
| Defendant. | ) | |

**NOTICE TO TAKE DEPOSITION OF RHONDA RELIFORD**

TO COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED that Plaintiff Equal Employment Opportunity Commission ("EEOC") will take the deposition of Rhonda Reliford beginning at 9:00 a.m. Central Standard Time on January 30, 2024, and continuing until completed.

The deposition will take place in Dothan, Alabama, at a specific location to be determined. The deposition will be taken before a court reporter or some other person authorized by law to administer oaths and will be recorded by videographic and stenographic means. The deposition is taken pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure.

Respectfully submitted on January 21, 2025,

EQUAL EMPLOYMENT                         /s/ Jay Kucia
OPPORTUNITY COMMISSION                   Jay Kucia
Jackson Area Office                      MS Bar No. 106123
Dr. A.H. McCoy Federal Building          Trial Attorney
100 W. Capitol St., Suite 338            jay.kucia@eeoc.gov
Jackson, MS 39269                        (205) 651-7081
EQUAL EMPLOYMENT                         Marsha L. Rucker
OPPORTUNITY COMMISSION                   PA Bar No. 90041

1

Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, Alabama  35205

Regional Attorney
marsha.rucker@eeoc.gov
(205) 651-7045

Bryan A. Grayson
AL Bar No. ASB-8944-N65G
Supervisory Trial Attorney
bryan.grayson@eeoc.gov
(205) 651-7073

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Mobile Area Office
63 South Royal Street, Suite 504
Mobile, Alabama 36602

William Trent Thompson
NY Bar No. 5232525
Trial Attorney
(205) 651-7065
william.thompson@eeoc.gov

## CERTIFICATE OF SERVICE

      I hereby certify a copy of the foregoing was filed electronically on January 21, 2025. Notice of this filing will be sent by operation of the Court's electronic filing systems to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

*/s/ Jay Kucia*
Jay Kucia
