IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 1:24-cv-00357-CWB ) |
| HARMONY HOSPITALITY, LLC, | ) ) |
| Defendant. | ) |

### NOTICE OF APPEARANCE

COMES NOW Hannah E. Black of the law firm Christian & Small LLP and hereby enters a Notice of Appearance as additional counsel for the Defendant, Harmony Hospitality, LLC.

Respectfully submitted on this the 13th day of February, 2025.

/s/ *Hannah E. Black*
Jeremy S. Hazelton (HAZ002)
Hannah E. Black (BLA157)
Attorneys for Defendant Harmony Hospitality, LLC

OF COUNSEL:
CHRISTIAN & SMALL LLP
505 20th Street North
Suite 1800
Birmingham, AL 35203
(205) 795-6588
Fax (205) 328-7234
jshazelton@csattorneys.com
heblack@csattorneys.com

**CERTIFICATE OF SERVICE**

      Unless otherwise served by the CM/ECF system, I do hereby certify that a copy of the above and foregoing instrument was served on the following by placing a copy of same in the United States Mail, first class postage pre-paid and properly addressed on February 13, 2025:

Christopher Lage
Deputy General Counsel
Marsha Lynn Rucker
Regional Attorney, EEOC Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, AL 35205

                                          *s/ Hannah E. Black*
                                          OF COUNSEL