## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 1:24-cv-00357-CWB |
| HARMONY HOSPITALITY, LLC, | ) ) ) |
| Defendant. | ) |

### JOINT MOTION TO DISMISS EEOC LITIGATION

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") and Defendant Harmony Hospitality, LLC (collectively, "Parties") respectfully request that the Court dismiss the EEOC's claims in this action, on the terms set forth below, in light of recent Administration policy changes. In support of this motion, the Parties state the following:

1. On January 20, 2025, President Trump issued an Executive Order titled "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government." ("the Order")

2. On January 29, 2025, the Office of Personnel Management issued "Initial Guidance Regarding President Trump's Executive Order Defending Women" directing that all federal employees must comply with and take actions to effectuate the Order. ("OPM Guidance")

3. The EEOC's continued litigation of the claims in this action may be inconsistent with the Order and the OPM Guidance.

For the foregoing reasons, the Parties respectfully request that the Court dismiss with prejudice the EEOC's claims on the following terms:

A. Dismissal of the EEOC's complaint shall be effective 30 days after the Court's ruling on this motion, to permit the Charging Party and the aggrieved individuals an opportunity to seek private counsel and intervene in this action. *See* 42 U.S.C. § 2000e-5(f)(1) ("The person or persons aggrieved shall have the right to intervene in a civil action brought by the Commission . . . .").

B. Each party to this action shall bear its own fees and costs with respect to the dismissed EEOC claims.

DATED: February 13, 2025.

Respectfully submitted,

Christopher Lage
Deputy General Counsel


/s/ *Marsha Rucker*
Marsha Lynn Rucker (PA 90041)
Regional Attorney, Birmingham District Office
Equal Employment Opportunity Commission

Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, Alabama 35205
(205) 651-7045
marsha.rucker@eeoc.gov

2

/s/ *Hannah E. Black*
Jeremy S. Hazelton (HAZ002)
Hannah E. Black (BLA157)
Attorneys for Defendant Harmony Hospitality, LLC

CHRISTIAN & SMALL, LLP
505 20th Street North, Suite 1800
Birmingham, Alabama 35203
(205) 795-6588
jshazelton@csattorneys.com
heblack@csattorneys.com

3