**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, RM B-110

MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK                                                                                           TELEPHONE (334) 954-3600

```
February 14, 2025
```

# NOTICE OF CORRECTION

**From:**           **Clerk's Office**

**Case Style:    Equal Employment Opportunity Commission v. Harmony Hospitality, LLC**

**Case Number: 1:24-cv-00357-CWB**

**Document Numbers: 22**

**This Notice of Correction was filed in the above referenced case this date to correct the case caption.**

**The correct PDF document is attached to this notice for your review. Reference is made to document #22 filed on 2/13/2025.**