# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 1:24-cv-357-CWB |
| HARMONY HOSPITALITY, LLC, ) ) | |
| Defendant. ) | |

## ORDER

Upon review of the Joint Motion to Dismiss EEOC Litigation (Doc. 23), it is hereby **ORDERED** that a telephonic status conference is set for **February 19, 2025 at 2:30 p.m.** Dial-in information will be provided to all counsel of record. Participants should join at least five minutes prior to the scheduled start time.

**DONE** this the 18th day of February 2025.

_____
**CHAD W. BRYAN**
**UNITED STATES MAGISTRATE JUDGE**