# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| HARMONY HOSPITALITY, LLC, | ) ) ) |
| Defendant. | ) |

Case No. 1:24-cv-357-CWB

## ORDER

Currently before the court is a Joint Motion to Dismiss EEOC Litigation (Doc. 23). The court observes that this action was filed by the EEOC on behalf of charging party "D.A." as is permitted under 42 U.S.C. § 2000e-f(5)(1). (*See* Doc. 1). The court further observes that charging party "D.A." possesses a right to intervene. *Id*. To ensure that the rights of charging party "D.A." are not prejudiced by the EEOC's decision to dismiss, it is **ORDERED** that charging party "D.A." shall be afforded a period of **thirty days** from the date hereof to file a motion to intervene as the named plaintiff. It is further **ORDERED** that the EEOC must provide charging party "D.A." with a copy of this Order via electronic mail, regular mail, and certified mail—submitting proof of all such service to the court no later than **March 6, 2025**. **Charging party "D.A." is expressly cautioned that a failure to seek intervention within the thirty-day period afforded hereunder may result in a dismissal of this action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure**.

**DONE** this the 20th day of February 2025.

_____
**CHAD W. BRYAN**
**UNITED STATES MAGISTRATE JUDGE**