IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) Case No. 1:24-cv-357-CWB |
| HARMONY HOSPITALITY, LLC, | ) ) ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

Plaintiff Equal Employment Opportunity Commission hereby provides notice that it has complied with this Court's Order entered on February 20, 2025. (Doc. 27) by serving the Order on Charging Party "D.A.". As required by the Order, Plaintiff has served Charging Party "D.A." copies of the Order by electronic mail, regular mail, and certified mail. Plaintiff submits proof of all such service along with this notice. Specifically, Plaintiff submits the following[1]:

Exhibit 1 – Email to Charging Party dated February 20, 2025;

Exhibit 2 – Certified Mail Receipt and Tracking Information; and

Exhibit 3 – Copies of Envelopes for Mailings Sent to Charging Party.

Respectfully submitted on March 6, 2025,

EQUAL EMPLOYMENT　　　　　　　　　/s/ Marsha L. Rucker
OPPORTUNITY COMMISSION　　　　　 Marsha L. Rucker
Birmingham District Office　　　　　　 PA Bar No. 90041
Ridge Park Place, Suite 2000　　　　　　Regional Attorney
1130 22nd Street South　　　　　　　　 marsha.rucker@eeoc.gov
Birmingham, Alabama  35205　　　　　 (205) 651-7045

---

[1] Plaintiff has made redactions to the proof of service documents in accordance with Local Rule 5.2 and as necessary to protect the privacy interests of the Charging Party. If the Court wishes to review unredacted versions of the documents, the EEOC requests the Court grant it leave to file unredacted versions of the exhibits under seal.

1

2

**CERTIFICATE OF SERVICE**

    I hereby certify a copy of the foregoing was filed electronically on March 6, 2025. Notice of this filing will be sent by operation of the Court's electronic filing systems to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

*/s/ Marsha L. Rucker*
Marsha L. Rucker