| | |
|---|---|
| **Subject:** | Court Order re: Dismissal of EEOC Litigation |
| **Date:** | Thursday, February 20, 2025 at 4:27:00 PM Central Standard Time |
| **From:** | BRYAN GRAYSON <BRYAN.GRAYSON@EEOC.GOV> |
| **To:** | |
| **CC:** | JAY KUCIA <JAY.KUCIA@EEOC.GOV> |
| **Attachments:** | Harmony Hospitality Order.pdf |

D,

In response to the Motion to Dismiss we filed in the *Harmony Hospitality* case, the Court entered the attached Order. I encourage you to carefully ready the Order so that you understand your legal rights and can take necessary action to protect them.

In the Order, Judge Bryan indicates that he may proceed with dismissing the case if you have not filed a motion to intervene in the case within 30 days. Therefore, if you wish to continue pursuing a Title VII claim against Harmony Hospitality, you will need to take action by March 22, 2025. A private attorney would be able to assist you with the process of filing a motion to intervene.

In compliance with the Court's Order, we will also be sending a copy of the Order to you by mail and certified mail.

Please contact me if you have any questions.

Sincerely,
Bryan

Bryan A. Grayson
Assistant Regional Attorney
U.S. Equal Employment Opportunity Commission
Birmingham District Office
205-651-7073

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:24-cv-357-CWB |
| HARMONY HOSPITALITY, LLC, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Currently before the court is a Joint Motion to Dismiss EEOC Litigation (Doc. 23). The court observes that this action was filed by the EEOC on behalf of charging party "D.A." as is permitted under 42 U.S.C. § 2000e-f(5)(1). (*See* Doc. 1). The court further observes that charging party "D.A." possesses a right to intervene. *Id*. To ensure that the rights of charging party "D.A." are not prejudiced by the EEOC's decision to dismiss, it is **ORDERED** that charging party "D.A." shall be afforded a period of **thirty days** from the date hereof to file a motion to intervene as the named plaintiff. It is further **ORDERED** that the EEOC must provide charging party "D.A." with a copy of this Order via electronic mail, regular mail, and certified mail—submitting proof of all such service to the court no later than **March 6, 2025**. **Charging party "D.A." is expressly cautioned that a failure to seek intervention within the thirty-day period afforded hereunder may result in a dismissal of this action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure**.

**DONE** this the 20th day of February 2025.

_____
CHAD W. BRYAN
UNITED STATES MAGISTRATE JUDGE