**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    [redacted]
    Troy, ?? [redacted]

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   9407 1118 99 5609 4638 4707

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

ALERT: SEVERE WEATHER IN THE MIDWEST & SOUTHWEST THROUGH THE MIDSOUTH, AND ...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

9407111899560946384707

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:13 pm on March 3, 2025 in TROY, AL 36081.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

Delivered, Front Desk/Reception/Mail Room

TROY, AL ▮▮▮▮▮
March 3, 2025, 12:13 pm

### In Transit to Next Facility

March 2, 2025

### Arrived at USPS Regional Destination Facility

MONTGOMERY AL DISTRIBUTION CENTER
March 1, 2025, 2:53 pm

### Arrived at USPS Regional Origin Facility

JACKSON MS DISTRIBUTION CENTER
February 28, 2025, 8:06 pm

### Accepted at USPS Origin Facility

JACKSON, MS 39269
February 28, 2025, 6:51 pm

- Shipping Label Created, USPS Awaiting Item

  JACKSON, MS 39269
  February 26, 2025, 1:41 pm

- Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

[ FAQs ]