U.S. Equal Employment Opportunity Commission
Dr. A. H. McCoy Federal Building
100 West Capitol Street, Suite 338
Jackson, Mississippi 39269

OFFICIAL BUSINESS
Penalty for Private Use $ 300





9407 1118 9956 0946 3847 07

D___ A___

Troy AL _____

-3

---

U.S. Equal Employment Opportunity Commission
Dr. A. H. McCoy Federal Building
100 West Capitol Street, Suite 338
Jackson, Mississippi 39269

OFFICIAL BUSINESS
Penalty for Private Use $ 300





Troy, AL