**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT** | ) | |
| **OPPORTUNITY COMMISSION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-357-CWB |
| | ) | |
| **HARMONY HOSPITALITY, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Upon review and consideration of the Notice of Service (Doc. 28), it is **ORDERED** that the Equal Employment Opportunity Commission must submit unredacted versions of Exhibits 1 through 3 (Docs. 28-1 through 28-3) to the clerk of court for conventional filing under seal.

**DONE** this the 10th day of March 2025.

_____
**CHAD W. BRYAN**
**UNITED STATES MAGISTRATE JUDGE**