UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, RM B-110

MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK OF COURT                                                                 TELEPHONE (334) 954-3600

March 14, 2025

**Notice to Counsel – Pro Hac Vice Admission**

| Adam M. Harrison<br>aharrison@hkm.com<br>HKM Employment Attorneys, LLP<br>518 17th Street, Suite 1100<br>Denver, Colorado 80202 | Hayden G. DePorter<br>hadeporter@hkm.com<br>HKM Employment Attorneys, LLP<br>518 17th Street, Suite 1100<br>Denver, Colorado 80202 |
|---|---|

Re:    Equal Employment Opportunity Commission v. Harmony Hospitality, LLC
         Civil Action No.   1:24-cv-00357-CWB

Dear Counsel:

Our records reflect that you <u>have not been admitted</u> to practice in this Court.   This court requires that any attorney who is not a member of the Bar of this Court but who is admitted to practice before the United States District Court for the district in which such person resides or regularly practices law, may, upon request, be admitted <u>pro hac vice</u> by an order of the judge of this Court.   Any such attorney who appears as counsel by filing any pleading or paper in any case pending in this court must within ten (10) days thereafter apply for admission <u>pro hac vice</u> as set out herein, **or be admitted to this Court generally**.

Therefore, within the time limit set out above, you are required to petition the Judge that is assigned to this case, for admittance <u>pro hac vice</u>.   An original certificate of good standing from the U.S. District Court for the district in which you reside must be attached to your motion for admission <u>pro hac vice</u>.   There is a $100 fee for each <u>pro hac vice</u> admittance.

Pursuant to the General Order 2:04-mc-3164 issued by this court, CM/ECF Electronic Noticing is mandatory for all attorneys who practice in this Court.   The Mandatory Attorney Data Update and Registration form you will need to complete can be found in electronic form on our website at www.almd.uscourts.gov under the CM/ECF link.

TREY GRANGER, CLERK OF COURT