

# Supreme Court
## State of Colorado

**STATE OF COLORADO, ss:**

I, __**Cheryl Stevens**__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__**Hayden Green DePorter**__

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __**29th**__ day of __**October**__ A.D. __**2021**__ and that at the date hereof the said __**Hayden Green DePorter**__ is in good standing at this Bar.



**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __**12th**__ day of __**March**__ A.D. __**2025**__

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk