IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| DAVID ARDIS, | ) CASE NO. 1:24-cv-00357-CWB ) |
| Prospective Intervenor, Plaintiff, | ) ) ) ) |
| v. | ) ) |
| HARMONY HOSPITALITY, LLC, | ) ) |
| Defendant. | ) |

**MOTION REQUESTING *PRO HAC VICE* ADMISSION FOR ADAM M. HARRISON**

  I, Adam M. Harrison, hereby request permission to appear and participate as counsel for David Ardis, the proposed Intervenor-Plaintiff in this matter, pursuant to M.D. Ala. LR 83.1(b), and in support thereof state as follows:

  1. I am an attorney with HKM Employment Attorneys, LLP. My business address, telephone number, and email address are as follows:

> HKM Employment Attorneys, LLP
> 518 17th Street, Suite 1100
> Denver, Colorado 80202
> 720.255.0370
> aharrison@hkm.com

  2. I am an attorney licensed to practice law in the State of Colorado, the United States District Courts for the District of Colorado, and the Tenth Circuit Court of Appeal.

  3. I was admitted to practice law in Virginia on December 15, 2009, Registration No. 79345 (inactive as of 2023). I was admitted to practice in Colorado on January 12, 2017, Registration No. 50553.

  4. A Certificate of Good Standing from the Supreme Court of the State of Colorado is

attached hereto, and payment of the required fee is being made contemporaneously with this filing via CM/ECF.

5. I am not now, nor have I ever been, subject to any disciplinary action by any state or federal bar association or subject to judicial sanctions.

6. I have never had a *pro hac vice* admission to any court revoked for misconduct.

7. I am familiar with, and agree to comply with, the local rules of this Court and the Federal Rules of Civil Procedure.

8. Further, my colleague, Artur Davis, Registration No. ASB-3672-D56A, is a member in good standing of the Bar of the State of Alabama, and he will be present and participate in a meaningful and substantial manner throughout the proceedings and trial of this matter.

WHEREFORE, Adam M. Harrison respectfully requests that the Court grant his Motion requesting *pro hac vice* admission to practice before the Court in this case.

Respectfully submitted on this 19th day of March, 2025,

**HKM EMPLOYMENT ATTORNEYS LLP**

Adam M. Harrison*
Colorado Bar No. 50553
Hayden G. DePorter*
Colorado Bar No. 56473
HKM Employment Attorneys, LLP
518 17th Street, Suite 1100
Denver, Colorado 80202
(720) 255-0370
aharrison@hkm.com
hadeporter@hkm.com

Artur Davis
ASB-3672-D56A
2024 3rd Avenue North, Suite 212
Birmingham, AL 35203
(205) 881-0935
adavis@hkm.com

*Pro Hac Vice Pending*

*Counsels for Prospective Intervenor, David Ardis*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 19th day of March, 2025, I filed the foregoing Motion with the Court via CM/ECF, generating true and accurate copies to all counsel of record as follows:

Christopher Lage
Deputy General Counsel
Marsha Lynn Rucker
Regional Attorney, Birmingham District Office
Equal Employment Opportunity Commission
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, Alabama 35205
(205) 651-7045
marsha.rucker@eeoc.gov
christopher.lage@eeoc.gov

*Attorneys for Plaintiff, Equal Employment Opportunity Commission*

Jeremy S. Hazelton
Hannah E. Black
CHRISTIAN & SMALL, LLP
505 20th Street North, Suite 1800
Birmingham, Alabama 35203
(205) 795-6588
jshazelton@csattorneys.com
heblack@csattorneys.com

*Attorneys for Defendant Harmony Hospitality, LLC*

                                                        */s/ Jen Kern*_____
                                                        Jen Kern