

**STATE OF COLORADO, ss:**

I, __**Cheryl Stevens**__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__**Adam Murdoch-Kitt Harrison**__

has been duly licensed and admitted to practice as an

### *ATTORNEY AND COUNSELOR AT LAW*

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __**12th**__ day of __**January**__ A.D. __**2017**__ and that at the date hereof the said __**Adam Murdoch-Kitt Harrison**__ is in good standing at this Bar.



**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __**12th**__ day of __**March**__ A.D. __**2025**__

*Cheryl Stevens*
_____ Clerk

By ___*[signature]*_____
Deputy Clerk