**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, RM B-110

MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK                                                                                               TELEPHONE (334) 954-3600

March 20, 2025

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Equal Employment Opportunity Commission v. Harmony Hospitality, LLC
**Case Number: 1:24-cv-00357-CWB**

**Document Numbers: 35**

**This Notice of Correction was filed in the above referenced case this date to correct the case caption.**

**The correct PDF document is attached to this notice for your review. Reference is made to document #35 filed on 3/20/2025.**