IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN ▼ DIVISION

Equal Employment Opportunity Commisssion, )
David Ardis, Prospective Intervenor, )
)
Plaintiff(s), )
)
v. )  CASE NO. 1:24-cv-00357-CWB
)
Harmony Hospitality LLC, )
_____, )
)
Defendant(s) )

**DISCLOSURE STATEMENT
UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE
(AMENDED EFFECTIVE 12/31/2022) AND LOCAL RULE 7.1**

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☒ No.

    ☐ Yes, and

       ☐ These parent corporations and publicly held corporations own 10% or more of the filer's shares:
       _____
       _____
       _____
       _____

       ☐ The filer has no parent corporation.

       ☐ No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

   ■ No. If the answer is No to Question 2., do not answer the questions in subparts a., b., c., d., e., and f. below and proceed to Question 3.

   ☐ Yes, and this is a complete list of the name and citizenship of each individual or entity whose citizenship is attributed to the filer:

   | NAME | TITLE/RELATIONSHIP | CITIZENSHIP |
   |------|--------------------|-------------|
   |      |                    |             |
   |      |                    |             |
   |      |                    |             |
   |      |                    |             |

   a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer is a limited liability company or other unincorporated entity?

      ■ No.

      ☐ Yes, and the filer has identified in 2. above each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

   b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

      ■ No.

      ☐ Yes, and the filer has identified in 2. above the citizenship in accord with 28 U.S.C. § 1332(d)(10).

   c. Is the filer an insurer?

      ■ No.

      ☐ Yes, and the filer has identified in 2. above the citizenship in accord with § 1332(c)(1).

    d.    Is the filer a legal representative of an infant, an incompetent, or the estate of a decedent?

        ■  No.

        ☐  Yes, and the filer has identified in 2. above the citizenship in accord with 28 U.S.C. § 1332(c)(2).

    e.    Has the filer identified any corporation?

        ■  No.

        ☐  Yes, and for each, the filer has identified in 2. above the citizenship in accord with 28 U.S.C. § 1332(c)(1).

    f.    Has the filer identified any natural person?

        ■  No.

        ☐  Yes, and for each, the filer has identified in 2. above citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3.    Is there any other individual or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

    ☐  No.

    ■  Yes. These additional individuals and entities have or might have an interest in the outcome of the action:

| NAME | TITLE/RELATIONSHIP |
|---|---|
| Artur Davis, Adam Harrison, Hayden DePorrter | Counsels for Plaintiff-Intervenor |
| Jeremy Hazelton, Hannah Black | Counsels for Defendant |
| Harmony Hospitality LLC | Defendant |
| Equal Employment Opportunity Commission | Plaintiff pending dismissal |
| HKM Ermployment Attorneys, Christian & Small LLP | Law firms for respectve parties |

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

■ No.

☐ Yes, and this is the entity or entities:

| NAME | TITLE/RELATIONSHIP |
|------|--------------------|
|      |                    |
|      |                    |
|      |                    |
|      |                    |
|      |                    |

5. Is this a bankruptcy appeal?

■ No.

Yes, and the debtor(s) is/are:

| NAME | TITLE |
|------|-------|
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |

☐ Yes, and the members of the creditors' committee are:

| NAME | TITLE |
|------|-------|
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |

6. Is there an additional entity likely to actively participate in this action?

    ☐ No.

    ☐ Yes, and this is the entity is:

    | NAME | TITLE |
    |------|-------|
    |      |       |
    |      |       |

7. Does the filer certify that, (a) except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, (b) the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict, and (c) the filer will file a supplemental statement upon any change in the information provided in this Disclosure Statement?

    ☐ Yes.

Respectfully submitted,
Artur Davis, HKM Employment Attorneys

Date 03/20/2025

CERTIFICATE OF SERVICE

I certify that this Disclosure Statement was electronically filed in the court's electronic filing system and served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Jeremy Hazelton, Hannah Black, Christian & Small LLP, 505 20th St. N, Suite 1800

Marsha Lynn Rucker, Andrew Grayson, Trent Thompson, EEOC, 1130 22nd St. South, Birmingham, AL 35205

Conventionally Served:

Respectfully submitted,
Artur Davis

Date 03/20/2025