IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSSION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:24-cv-357-CWB |
| HARMONY HOSPITALITY, LLC, | ) ) ) | |
| Defendant. | ) | |

RECEIVED MAR 19 2025
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## NOTICE OF CONVENTIONAL FILING UNDER SEAL

Plaintiff Equal Employment Opportunity Commission, pursuant to the Court's March 10, 2025 Order (Doc. 29), hereby submits the following unredacted exhibits to be filed under seal:

Exhibit 1    Unredacted Email to Charging Party dated February 20, 2025
             (Redacted Version filed as Doc. 28-1)

Exhibit 2    Unredacted Certified Mail Receipt and Tracking Information
             (Redacted Version filed as Doc. 28-2)

Exhibit 3    Unredacted Copies of Envelopes for Mailings Sent to Charging Party
             (Redacted Version filed as Doc. 28-3)

DATED: March 19, 2025.

Respectfully submitted,

/s/ Bryan A. Grayson

Bryan A. Grayson (ASB-8944-N65G)
Assistant Regional Attorney
bryan.grayson@eeoc.gov
(205) 651-7073

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, Alabama 35205

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2025, I filed the foregoing Notice of Conventional Finding Under Seal with the Clerk of the Court and have electronically served the Notice to all attorneys of record via email.

_____
Bryan A. Grayson