# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )    Case No. 1:24-cv-357-CWB |
| HARMONY HOSPITALITY, LLC, | )<br>)<br>) |
| Defendant. | ) |

## ORDER

In accordance with the matters discussed during the March 20, 2025 status conference, it is hereby **ORDERED** that the pending motion by David Ardis to intervene as a named plaintiff (Doc. 30) is **GRANTED**. The clerk of court is **DIRECTED** to update the docket accordingly. It is hereby further **ORDERED** that the plaintiffs are afforded through **April 4, 2025** to file an Amended Complaint reflecting the intervention. The Amended Complaint will supersede the original Complaint such that this action thereafter shall proceed only as to those parties and claims listed in the Amended Complaint. A failure of the Equal Employment Opportunity Commission to join the Amended Complaint will result in its termination as a party. Finally, it is **ORDERED** that the Joint Motion to Dismiss EEOC Litigation (Doc. 23) is **DENIED AS MOOT**.

**DONE** this the 21st day of March 2025.

_____
**CHAD W. BRYAN**
**UNITED STATES MAGISTRATE JUDGE**