IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

Equal Employment Opportunity Commission, et al,   )
)
Plaintiff(s)   )
)
vs.   )   Civil Action No. 1:24-cv-00357-CWB
)
Harmony Hospitality, LLC,   )
)
Defendant(s)   )

**NOTICE OF ASSIGNMENT TO THE U.S. MAGISTRATE JUDGE AND
FORM TO DECLINE CONSENT TO THE U.S. MAGISTRATE JUDGE**

    This civil case has been randomly assigned to a United States Magistrate Judge of this Court. Under 28 U.S.C. § 636(c), upon the consent of the parties, the magistrate judges of this Court can conduct all proceedings in jury and non-jury civil cases and enter final judgment. Any appeal from a judgment entered by a magistrate judge is taken directly to the United States Court of Appeals for the Eleventh Circuit in the same manner as an appeal from a judgment entered by a United States District Judge. *See* General Order No. 2:03mc3156-ECM, ECF No. 5 (M.D. Ala. Nov. 1, 2024); 28 U.S.C. § 636(c); Fed. R. Civ. P. 73.

    The parties are encouraged to consent to a magistrate judge conducting all proceedings and entering final judgment. The district judges appoint experienced and accomplished attorneys as United States Magistrate Judges through a highly competitive merit selection process. In many cases, consent offers considerable efficiencies and added flexibility as magistrate judges often can schedule earlier hearing and trial dates than the district judges.

    As a party to this lawsuit, you have the right to consent or decline consent to the jurisdiction of a magistrate judge. Litigants, without concern for any adverse consequences, freely may decline consent to the jurisdiction of a magistrate judge. If you decline consent to a magistrate judge, this case will be reassigned randomly to a district judge. Consent to a magistrate judge is voluntary.

    Any party may decline consent by signing at the bottom and emailing this form to decline_consent@almd.uscourts.gov. Do not electronically file this form.

    **A party will be deemed to have knowingly and voluntarily consented to proceed before the assigned magistrate judge if this form is not received within twenty-one days of the party's first appearance in this case. If a party declines consent, the identity of that party will not be communicated to any judge.**

    By signing below, I choose not to have the United States Magistrate Judge preside over my case.

_____     _____     _____
Attorney Signature                               Party Represented                                Date Signed


This notice was transmitted on the  21st  day of  March , 2025 .

TREY GRANGER, CLERK OF COURT